UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, *on behalf of himself and others similarly situated,* <br><br> Plaintiff, <br><br> v. <br><br> WALKER AND COMPANY BRANDS, INC. d/b/a BEVEL, <br><br> Defendant. | Civil Action No. 1:25-cv-02314-SCJ <br><br> Class Action Litigation <br><br> Judge Steve C. Jones |

**[PROPOSED] ORDER**

On Motion of the Parties and for good cause shown, the Joint Motion to Extend Case Schedule is granted. The Court **ORDERS** the Parties to comply with the following deadlines:

| Event | Proposed Deadline |
|---|---|
| Class Certification Motion & Disclosure of Plaintiff's Expert | September 26, 2025 |
| Opposition to Class Certification Motion & Disclosure of Defendant's Expert | October 15, 2025 |
| Reply in Support of Class Certification Motion | October 29, 2025 |
| Completion of Fact Discovery | November 20, 2025 |
| Dispositive Motions or Pretrial Order | January 9, 2026 |

**IT IS SO ORDERED** this ___ day of July, 2025.

_____
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**

Submitted by:

*/s/Alexandra C. Nelson*
Alexandra C. Nelson (GA Bar No. 241352)
Thompson Hine LLP
3560 Lenox Road, Suite 1600
Atlanta, GA 30326
Tel: (404) 541-2900
Alexandra.Nelson@ThompsonHine.com
*Counsel for Defendant*