## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, *on behalf of himself and others similarly situated*, | Civil Action No.: 25-cv-2314 |
| Plaintiff, | Class Action Complaint |
| v. | Jury Trial Demanded |
| WALKER AND COMPANY BRANDS, INC. d/b/a BEVEL | |
| Defendant. | |

## Notice of Settlement

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.

Dated: September 17, 2025     PLAINTIFF,

                               */s/ Anthony Paronich*
                               Anthony Paronich
                               Email:  anthony@paronichlaw.com
                               PARONICH LAW, P.C.
                               350 Lincoln Street, Suite 2400
                               Hingham, MA 02043
                               Telephone:  (617) 485-0018
                               Facsimile:  (508) 318-8100