IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, *on behalf of himself and others similarly situated,* <br><br> Plaintiff, <br><br> v. <br><br> WALKER AND COMPANY BRANDS, INC. d/b/a BEVEL, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:25-CV-2314-SCJ |

## **O R D E R**

Counsel for Plaintiff having filed Notice [Doc. 56] informing the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 18th day of September, 2025.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE